# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN ERICK CLARK

       v.

BILL MAHONEY

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5291 FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XXX_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's claims are **DISMISSED WITHOUT PREJUDICE.**

October 15, 2008                          BRUCE RIFKIN
                                                           Clerk

                                                     _S/J.L. Patton_
                                                  By, Deputy Clerk